**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

VERNON L. HEWING
ADC # 128381                                                                                                    PLAINTIFF

V.                                         5:05CV00088 WRW/HDY

CARTWRIGHT *et al.*                                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Findings and Recommendations submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss (docket entry #14) is DENIED.

DATED this 18th day of August, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE