# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION


**VERNON HEWING**                                                              **PLAINTIFF**

**VS.**                                   **CASE NO. 5:05CV00088WRW**

**CARTWRIGHT, et al.**                                                    **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 18th day of April, 2006.


/s/ Wm. R.Wilson,Jr.
United States District Judge